ANDREW STEBER, RESPONDENT, v. CARMINE F. MA-
LANKA ET AL., APPELLANTS.

Submitted October 30, 1936—Decided January 22, 1937.

For the respondent, *Feinberg & Feinberg*.

For the appellants, *Bauer & Ranker*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER,
CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS,
WOLFSKEIL, RAFFERTY, COLE, JJ.  13.

*For reversal*—None.